UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE MANUEL FRIAS LOPEZ<br><br>    Defendant. | CASE NO. CR24-16<br><br>DETENTION ORDER |

Offenses charged:

1. Conspiracy to import cocaine

2. Distribution of Cocaine for the Purpose of Importation

3. Attempted Importation of Cocaine

4. Conspiracy to Commit Money Laundering

5. Money Laundering

Date of Detention Hearing:   August 29, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds

DETENTION ORDER
PAGE -1

that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). Defendant was arrested in Colombia, and has significant ties there, including his spouse. He is charged with a mandatory minimum term of imprisonment of ten years, which provides and incentive to flee. Defendant thus poses a risk of flight and a danger to the community because of his criminal history and the nature of the charges. He does not contest detention at this time, and this order is made without prejudice to reopening.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

DETENTION ORDER
PAGE -2

court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 29th Day of August, 2025.

_____
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3